# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:

    Edward D. Musho

        Debtor(s)

Chapter 13

Case No.: 21-10986-ELF

## ORDER

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court, it is hereby:

**ORDERED,** that, with the consent of any co-owner, the debtor is granted permission to sell his/her interest in the real property located at 95 North Cobalt Drive Levittown, PA 19057 ("Property"), for the sale price of $327,200.00, pursuant to the terms of a certain real estate agreement of sale dated as of December 18, 2021, to the buyer(s) thereunder, Ryan Dennis Quinn ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to "notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $ 1,636.00 |
| 2. | Liens paid at closing | $121,514.00 |
| 3, | Real estate taxes, sewer, trash and/or other such items | $3,272.00 |
| 4. | Property repairs, if any | $ |
| 5. | Real estate commission, at no greater than 6% | $19,632.00 |
| 6. | Attorney's fees, if any | $ |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $ |
| 8. | Other | $ |

1

      ESTIMATED AMOUNT DUE TO SELLERS(S):      $ 146,054.00

    (To Be Split Between Seller and Spouse)

    **This Order is contingent upon the lien held by Wells Fargo Bank, NA, being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff is approved by Wells Fargo Bank; and Debtor shall have ninety (90) days from entry of this Order to sell the Real Property.**

    After paying all liens in full and all costs of sale, the title clerk shall pay any co-owner(s) his/her/their proportionate share of the remaining proceeds after which, the title clerk shall pay the Debtor the Debtor's bankruptcy exemption of $25,150.00, after which the title clerk shall pay to Kenneth E. West, Chapter 13 standing trustee, the balance remaining.

    The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

    Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

    Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

Date:  February 16, 2022

**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**