**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|     Edward D. Musho : | |
| : | Case No.: 21-10986-PMM |
|     Debtors : | |

**SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSESFOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

.........................................................................................

    Brad J. Sadek, Esquire applies under § 330 of the Code for an Order directing the Chapter 13 Trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the above-mentioned debtor's chapter 13 plan and represents:

1. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on April 13, 2021

2. The debtor's chapter 13 plan was confirmed by the court on January 11, 2022.

3. This Court has previously approved an Application for Compensation of Counsel Fees in the amount of $4,250.00.

4. Applicant requests an award of supplemental compensation of $3,650.00 for 12 hours expended in providing the following services:

| Date | Work Completed | By Whom | Hours |
|---|---|---|---|
| 01/06/2022 | Communications with Debtor regarding sale of property; discuss next steps | Attorney | 0.5 |
| 01/07/2022 | Discuss motion to sell property with Debtor and request HUD breakdown | Attorney | 0.5 |
| 01/14/2022 | Preparation of motion to sell property; review of the same with Debtor | Attorney | 1.5 |
| 01/14/2022 | Efiling for motion to sell property, notice of motion, service, and calendaring of hearing date and CNR | Paralegal | 1.0 |
| 01/28/2022 | Contact Debtor and request real estate listing agreement; confirm broker's fee for motion to sell | Attorney | 0.5 |
| 01/31/2022 | Communications with Debtor regarding listing agreement and request documentation regarding sale | Attorney | 0.5 |
| 02/02/2022 | Communications with Debtor regarding mortgage company's response to motion to sell property | Attorney | 0.5 |
| 02/14/2022 | Communications with Debtor regarding hearing on motion to sell property and anticipated order approving the sale | Attorney | 1.0 |
| 02/17/2022 | Contact Debtor with copy of Order approving sale of property; communications with Debtor regarding same | Attorney | 0.5 |
| 02/24/2022 | Communications with Debtor regarding disbursement of funds from sale of property; review of same with the Debtor and co-debtor | Attorney | 1.0 |

| 03/01/2022 | Contact counsel for Wells Fargo Bank to request payoff amount of lien on Debtor's property | Attorney | 0.5 |
| --- | --- | --- | --- |
| 03/02/2022 | Communications with Debtor regarding lien on Debtor's property by CitiBank; discuss same with Debtor | Attorney | 0.5 |
| 03/04/2022 | Communications with Debtor/request information regarding judgement lien held by CitiBank | Attorney | 0.5 |
| 03/23/2022 | Communications with Debtor regarding settlement of property sale | Attorney | 0.5 |
| 04/10/2023 | Preparation of Motion to Modify Plan, Modified Plan, and review of the same with Debtors | Attorney | 1.5 |
| 04/10/2023 | E-filing for Motion to Modify Plan, Modified Plan, Notice of Motion, service, and calendaring of hearing date and CNR | Paralegal | 1.0 |

5. Applicant requests that compensation be awarded at the following hourly rate(s):
   **Attorney Fees**: $335.00/hr
   **Paralegal Fees**: $125.00 hr

6. Applicant requests reimbursement of expenses in the amount of $0.00.

8. All services rendered and expenses incurred for which compensation or reimbursement is requested

   a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

   b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

9. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)
/
   ☒ is adequately funded.

   ☐ is not adequately funded.

10. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $ **3,650.00** in compensation and of $ **0.00** in reimbursement of actual, necessary expenses.

Dated: **April 10, 2023**        Signed: **/s/ Brad J. Sadek, Esquire**
                                           Applicant

                                  By: **Brad J. Sadek, Esquire**
                                Name: **Sadek and Cooper**
                             Address: **1315 Walnut Street**
                                       **Suite 502**
                                       **Philadelphia, PA 19107**
                           Phone No.: **215-545-0008**
                             Fax No.: **215-545-0611**